# Third District Court of Appeal

## State of Florida

Opinion filed February 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2255
Lower Tribunal No. 18-22774-FC-04
_____

**Chaneli Marquez,**
Petitioner,

vs.

**Roberto Bordon Oran,**
Respondent.

A Case of Original Jurisdiction – Prohibition.

Chaneli Marquez, in proper person.

No appearance, for respondent.

Before SCALES, C.J., and MILLER, and BOKOR, JJ.

PER CURIAM.

Finding that petitioner has adequately alleged a basis for disqualifying the presiding judge, we grant the writ of prohibition. In doing so, we note that "it does not matter whether the substance of the allegations are true." Jimenez v. Ratine, 954 So. 2d 706, 708 (Fla. 2d DCA 2007); see also Bundy v. Rudd, 366 So. 2d 440, 442 (Fla. 1978) ("Once a basis for disqualification has been established, prohibition is both an appropriate and necessary remedy."). Confident that the trial court will promptly enter an order consistent with this decision, we withhold issuance of the writ.

Petition granted; writ withheld.